RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/25/12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BARRY NAVIAUX, et al.<br>    Plaintiffs | CASE NO.: 1:11-1599 |
| VERSUS | JUDGE JAMES D. DRELL |
| UNITECH TRAINING ACADEMY, INC.<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion to dismiss/motion for summary judgment (Doc. 3) is DENIED.

IT IS FURTHER ORDERED that, since the court lacks subject matter jurisdiction, the Naviaux's action be REMANDED to the state court.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 25 day of May, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE